1  **GRIMM VRANJES & GREER LLP**
   A. Carl Yaeckel, Esq. (SBN 89920)
2  550 West C Street, Suite 1100
   San Diego, CA  92101-3532
3  Tel: (619) 231-8802 Fax: (619) 233-6039
   e-mail:  cyaeckel@gvgllp.com
4
   Attorneys for Defendants
5  NORTH AMERICAN CAPACITY INSURANCE and
   NORTH AMERICAN SPECIALTY INSURANCE COMPANY
6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                           **FRESNO DIVISION**

10 MISSION DEVELOPMENT NO. 5084, a          Case No. 1:12-cv-01229-LJO-MJS
   California Limited Partnership; MISSION   *[Assigned to Magistrate Michael J. Seng]*
11 HOMES, INC.; and MJ CONSTRUCTION
   CO., a California corporation,           **ORDER TO DISMISS ENTIRE ACTION**
12
                    Plaintiffs,
13
14 vs.

15 NORTH AMERICAN CAPACITY
   INSURANCE COMPANY; NORTH
16 AMERICAN SPECIALTY INSURANCE
   COMPANY; and DOES 1 through 100,
17 inclusive,

18                  Defendants.

19         Pursuant to stipulation of all parties, including Plaintiffs MISSION DEVELOPMENT

20 NO.  5084,  a  California  Limited  Partnership,  MISSION  HOMES,  INC.  and  MJ

21 CONSTRUCTION  CO.,  a  California  corporation  and  Defendants  NORTH  AMERICAN

22 CAPACITY   INSURANCE   COMPANY   and   NORTH   AMERICAN   SPECIALTY

23 INSURANCE COMPANY, and good cause existing therefore,

24         / / /

25         / / /

26         / / /

27         / / /

28         / / /

                                        1

**IT IS HEREBY ORDERED** that the entire action be and hereby is dismissed with prejudice, with each party to bear their own costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **June 4, 2013**                                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE