**GRIMM VRANJES & GREER LLP**
A. Carl Yaeckel, Esq. (SBN 89920)
550 West C Street, Suite 1100
San Diego, CA  92101-3532
Tel: (619) 231-8802 Fax: (619) 233-6039
e-mail:  cyaeckel@gvgllp.com

Attorneys for Defendants
NORTH AMERICAN CAPACITY INSURANCE and
NORTH AMERICAN SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MISSION DEVELOPMENT NO. 5084, a California Limited Partnership; MISSION HOMES, INC.; and MJ CONSTRUCTION CO., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:12-cv-01229-LJO-MJS<br>*[Assigned to Magistrate Michael J. Seng]*<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Pursuant to stipulation of all parties, including Plaintiffs MISSION DEVELOPMENT NO. 5084, a California Limited Partnership, MISSION HOMES, INC. and MJ CONSTRUCTION CO., a California corporation and Defendants NORTH AMERICAN CAPACITY INSURANCE COMPANY and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, and good cause existing therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

1    **IT IS HEREBY ORDERED** that the entire action be and hereby is dismissed with
2 prejudice, with each party to bear their own costs.  The clerk is directed to close this action.

7 IT IS SO ORDERED.

8    Dated:   **June 4, 2013**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE